**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY DAVIS, | Case No. 2:26-cv-01156-APG-NJK |
| Petitioner, | **Order Directing Petitioner to File a Petition** |
| v. | |
| JEREMY BEAN, | |
| Respondent. | |

*Pro se* Petitioner Jeremy Davis has filed a motion to proceed *in forma pauperis* and motion for appointment of counsel. ECF Nos. 1, 5.  However, Davis has not filed a petition in this matter.  As such, Davis must also file a petition on the appropriate habeas form and place the case number, 2:26-cv-01156-APG-NJK, in the designated space.

I THEREFORE ORDER that on or before May 29, 2026, unless more time is requested and approved, Davis must file a petition on the Court's approved habeas form.[1]

I FURTHER KINDLY ORDER the Clerk of Court send Davis a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with instructions.

I FURTHER ORDER that Davis's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

Date: April 27, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1]Davis remains responsible for calculating the applicable statute of limitations.