**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEREMY DAVIS,

    Petitioner,

v.

JEREMY BEAN,

    Respondent.

Case No. 2:26-cv-01156-APG-NJK

**Dismissal Order**

*Pro se* Petitioner Jeremy Davis filed a motion to proceed *in forma pauperis* and motion for appointment of counsel. ECF Nos. 1, 5.  However, because Davis did not file a petition in this matter, I instructed him to do so on or before May 29, 2026. ECF No. 6.  Davis was warned that his "failure to timely comply . . . w[ould] result in the dismissal of this action without prejudice and without further advance notice." *Id*.  Davis's May 29, 2026, deadline has passed, and to date, Davis has not filed a petition, requested an extension of time to do so, or taken any other action to prosecute this case.

I THEREFORE ORDER that this matter is dismissed without prejudice based upon Davis's failure to comply with my Order.  A Certificate of Appealability is denied, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

I FURTHER ORDER that the motion to proceed *in forma pauperis* and motion for appointment of counsel **[ECF Nos. 1, 5] are denied**.

I FURTHER KINDLY ORDER that the Clerk of Court (1) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (2) send the Nevada Attorney General a copy of this

---

[1]No response is required from Respondents other than to respond to any orders of a reviewing court.

Order and all other filings in this matter by regenerating the notices of electronic filing, (3) enter final judgment, and (4) close this case.

Date: June 9, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2